# Order

Michigan Supreme Court
Lansing, Michigan

October 11, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147588(43)

In re T.A. JORDAN, Minor.

SC:  147588
COA:  313789
Montcalm Circuit Court
Family Division:  05-000198-NA

_____/

      On order of the Court, the motion for reconsideration of this Court's September 6, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2013



Clerk

d1008